AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>MEANS, TERRY R. | **2. Court or Organization**<br><br>UNITED STATES DISTRICT COURT | **3. Date of Report**<br><br>12/07/2017 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>U.S. DISTRICT JUDGE - SENIOR STATUS | **5a. Report Type (check appropriate type)**<br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

502 ELDON B. MAHON U.S. COURTHOUSE
501 WEST 10TH STREET
FORT WORTH, TEXAS 76102

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Sucessor Trustee | Testamentary trust |
| 2. | Trustee | Testamentary trust |
| 3. | Attorney-in-fact under power of attorney | [redacted] |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Means & Means, PC, ▮▮▮▮▮▮▮ , attorney at law |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MEANS, TERRY R.** | 12/07/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Corsicana National Bank, Corsicana, Texas (account) | A | Interest | J | T | | | | | |
| 2. First Fin. Bank, Weatherford, Texas (accounts) | A | Interest | M | T | | | | | |
| 3. Frost National Bank, Fort Worth, Texas (accounts) | A | Interest | N | T | | | | | |
| 4. 1/2 interest in apt bldg (1985)($250,000) Corsicana, TX | A | Rent | L | R | | | | | |
| 5. IRA #1 | | | | | | | | | |
| 6. ---Prime Fund--Capital Res. class (money market) | A | Interest | J | T | | | | | |
| 7. --Exxon Mobile Comm. Stk. | A | Dividend | K | T | | | | | |
| 8. --Williams Cos Comm. Stk. | A | Dividend | K | T | | | | | |
| 9. --WPX Energy Comm. Stk. | A | Dividend | J | T | | | | | |
| 10. ING Employer's 401(k) Plan | | | | | | | | | |
| 11. ---ING Int'l SmCp Multi-Mgr-A | A | Interest | J | T | | | | | |
| 12. Community Nat'l Bank & Trust common stock | B | Dividend | K | T | | | | | |
| 13. Testamentary trust of filer's ▮▮▮▮ ▮▮ | | | | | | | | | |
| 14. ---Min'l rights, parcel 1, Lea Co., NM (1992 appr.) | | None | J | Q | | | | | |
| 15. ---Min'l rights, parcel 2, Lea Co., NM (1992 appr.) | | None | J | Q | | | | | |
| 16. Northwestern Mutual "Whole Life" | A | Dividend | K | T | | | | | |
| 17. Northwestern Mutual "65 Life" | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MEANS, TERRY R.** | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Penn Mutual "Whole Life" | A | Dividend | K | T | | | | | |
| 19. Royalty, Anderson Co., TX: 2 parcels | | None | J | W | | | | | |
| 20. ---Nolley G.U.-1 | | None | J | W | | | | | |
| 21. ---Nolley G.U.-2 | | None | J | W | | | | | |
| 22. Royalty, Andrews Co., TX: Flamson, Ring Energy ($3,352) | A | Royalty | J | S | | | | | |
| 23. Royalty, Crockett Co. TX: 17 parcels | | | | | | | | | |
| 24. ---Montgomery WC "A", #5F | | None | J | W | | | | | |
| 25. ---Montgomery WC #10, 17 | | None | J | W | | | | | |
| 26. ---Montgomery WC #2 | | None | J | W | | | | | |
| 27. ---Montgomery WC #5, 16 | | None | J | W | | | | | |
| 28. ---Montgomery WC "A", #1, 2 | | None | J | W | | | | | |
| 29. ---Montgomery WC "A", #3 | | None | J | W | | | | | |
| 30. ---Union Pacific - Montgomery #78 | | None | J | W | | | | | |
| 31. ---Montgomery WC "A", 6C, 7, 8 | | None | J | W | | | | | |
| 32. ---Montgomery WC #53 | | None | J | W | | | | | |
| 33. ---Montgomery WC #28F, 27D, 27F | | None | J | W | | | | | |
| 34. ---Montgomery WC "A", #2 | | None | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ---Montgomery WC "A", #4 | | None | J | W | | | | | |
| 36. ---Montgomery WC GU B #39 | | None | J | W | | | | | |
| 37. ---Montgomery WC "A", #5D | | None | J | W | | | | | |
| 38. ---Montgomer WC "A", 6T | | None | J | W | | | | | |
| 39. ---Montgomery WC #24 | | None | J | W | | | | | |
| 40. ---Montgomery WC #38 | | None | J | W | | | | | |
| 41. Royalty, Dawson Co., TX: 2 parcels | | | | | | | | | |
| 42. ---Phillips 16 #1 ($2420) | A | Royalty | J | S | | | | | |
| 43. ---Hightower 21 ($2290) | A | Royalty | J | S | | | | | |
| 44. Royalty, Ector Co., TX: 4 parcels | | | | | | | | | |
| 45. ---Chevron PSL #1 | | None | J | W | | | | | |
| 46. ---Chevron PSL #2 | | None | J | W | | | | | |
| 47. ---XTO PSL BLK A #1 | | None | J | W | | | | | |
| 48. ---XTO PSL BLK A #2 | | None | J | W | | | | | |
| 49. Surf/Min, Freestone Co.,TX: M. Hunt Survey ($43,558) | | None | K | S | | | | | |
| 50. Royalty, Freestone Co.: 2 parcels | | | | | | | | | |
| 51. ---Wm. W. Oliver Survey | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Brown-DeHaes | A | Royalty | J | W | | | | | |
| 53. Royalty, Gaines Co.,TX: Terrell, Noble Energy | | None | J | W | | | | | |
| 54. Royalty, Gregg Co., TX: 27 parcels | | | | | | | | | |
| 55. ---Bingham, Laura B | | None | J | W | | | | | |
| 56. ---Bingham, Laura ($1050) | A | None | J | S | | | | | |
| 57. ---Bumpus, John GU #8 | | None | J | W | | | | | |
| 58. ---Bumpus, John GU #5 | | None | J | W | | | | | |
| 59. ---Bumpus, John GU #7 | | None | J | W | | | | | |
| 60. ---Bumpus, John GU #1 | | None | J | W | | | | | |
| 61. ---Bumpus, John GU #4 | | None | J | W | | | | | |
| 62. ---Bumpus, John GU #2 | | None | J | W | | | | | |
| 63. --- Bumpus John GU #6 | | None | J | W | | | | | |
| 64. ---Bumpus, John GU #9 | | None | J | W | | | | | |
| 65. ---Bumpus, John GU #3 | | None | J | W | | | | | |
| 66. ---Bumpus, JC Estate | | None | J | W | | | | | |
| 67. ---Bumpus, JC | | None | J | W | | | | | |
| 68. ---Bumpus Estate | | None | J | W | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ---Smith,Maud GU #8 | | None | J | W | | | | | |
| 70. ---Smith, Maud GU #4 | | None | J | W | | | | | |
| 71. ---Smith, Maud GU #7 | | None | J | W | | | | | |
| 72. ---Smith, Maud GU #2 | | None | J | W | | | | | |
| 73. ---Smith, Maud GU #1 | | None | J | W | | | | | |
| 74. ---Smith, Maud GU #3 | | None | J | W | | | | | |
| 75. --- Smith S G & Maude | | None | J | W | | | | | |
| 76. ---Smith, D | | None | J | W | | | | | |
| 77. ---Smith, Maude GU #11 | | None | J | W | | | | | |
| 78. --- Smith, Maude GU #13 | | None | J | W | | | | | |
| 79. ---Bumpus, JC Est. | | None | J | W | | | | | |
| 80. ---Smith, Maude GU #5 | | None | J | W | | | | | |
| 81. ---Jones (MS10) Minnie | | None | J | W | | | | | |
| 82. Royalty, Harrison Co., TX: 6 parcels | | | | | | | | | |
| 83. ---Pope Gas Unit #9 | | None | J | W | | | | | |
| 84. ---Pope Gas Unit #2 | | None | J | W | | | | | |
| 85. ---Pope Gas Unit #4 | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ---Pope Gas Unit #7L | | None | J | W | | | | | |
| 87. ---Lee 'A' Gas Unit #2 | | None | J | W | | | | | |
| 88. ---Lee 'A' Gas Unit #7 | | None | J | W | | | | | |
| 89. Royalty, Haskell Co., TX: 1 parcel | | None | J | W | | | | | |
| 90. Royalty, Howard Co., TX: 3 parcels | | | | | | | | | |
| 91. ---Johnnie B #1 | | None | J | W | | | | | |
| 92. ---Johnnie B #2 | | None | J | W | | | | | |
| 93. ---Gaskins--14 #1 ($1000) | A | Royalty | J | S | | | | | |
| 94. Royalty, Martin Co., TX: 3 parcels | | | | | | | | | |
| 95. ---Gaskins--14 #1 ($1000) | A | Royalty | J | S | | | | | |
| 96. ---Hightower 21, #1, 2 ($2290) | A | Royalty | J | S | | | | | |
| 97. ---Phillips 16 #1 ($2420) | A | Royalty | J | S | | | | | |
| 98. Royalty, Midland Co., TX: Estes #201-210 ($12,110) | B | Royalty | J | S | | | | | |
| 99. Surf/Min., Navarro Co., TX: 1 parcel, 8 tracts ($944,040) | C | Rent | O | S | | | | | |
| 100. Royalty, Navarro Co., TX: Brown-Dehaes ($1987) | A | Royalty | J | S | | | | | |
| 101. Royalty, Nolan Co., TX: 3 parcels | | | | | | | | | |
| 102. ---Rowan & Hope #2 | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MEANS, TERRY R. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ---Rowan & Hope #4 | | None | J | W | | | | | |
| 104. ---Rowan & Hope #3 | | None | J | W | | | | | |
| 105. Royalty, Pecos Co., TX: 14 parcels | | | | | | | | | |
| 106. ---Bailey, ML Gas Unit #1 | | None | J | W | | | | | |
| 107. ---Bailey, ML Gas Unit #2 | | None | J | W | | | | | |
| 108. ---Moore, Kathleen J. "A" ($1820) | A | Royalty | J | S | | | | | |
| 109. ---Pecos Valley 34 | | None | J | W | | | | | |
| 110. ---Becken 65 #4A | | None | J | W | | | | | |
| 111. ---Becken 65 #4B | | None | J | W | | | | | |
| 112. ---El Wedo A-1 | | None | J | W | | | | | |
| 113. ---El Wedo B-11 (X) | | None | J | W | | | | | |
| 114. ---El Wedo A | | None | J | W | | | | | |
| 115. ---Moore, Kathleen J. "B" (ORI) | | None | J | W | | | | | |
| 116. ---Moore, Kathleen J. "B" ($1570) | A | Royalty | J | S | | | | | |
| 117. ---Tomlinson, JC | | None | J | W | | | | | |
| 118. ---Becken 65 | | None | J | W | | | | | |
| 119. ---Southland Royalty | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Royalty, Reagan Co., TX: 4 parcels | | | | | | | | | |
| 121.  ---Barkley; A-, B-F, S-4 L&SV RR Co. | | None | J | W | | | | | |
| 122.  ---Edwards Hope | | None | J | W | | | | | |
| 123.  ---Gentry #4659 | | None | J | W | | | | | |
| 124.  ---Gentry #14204 | | None | J | W | | | | | |
| 125.  Royalty, Reeves Co., TX AB5541 BLK 59 SEC 29 ($2380) | A | Royalty | J | S | | | | | |
| 126.  Royalty, Rusk Co., TX: 15 parcels | | | | | | | | | |
| 127.  ---Holt, J W Est Gas UT (1) | | None | J | W | | | | | |
| 128.  ---Holt, J W Est Gas UT (2) | | None | J | W | | | | | |
| 129.  ---Holt, J W Est Gas UT (3) | | None | J | W | | | | | |
| 130.  ---Holt, J W Est Gas UT (7) | | None | J | W | | | | | |
| 131.  ---Holt, J W Est Gas UT (9) | | None | J | W | | | | | |
| 132.  ---Holt, J W Est Gas UT (10) | | None | J | W | | | | | |
| 133.  ---Holt, J W Est Gas UT (12) | | None | J | W | | | | | |
| 134.  ---Holt, J W Est "A"Gas UT #1 & 2 | | None | J | W | | | | | |
| 135.  ---Holt, J W Est "A" Gas UT #3 | | None | J | W | | | | | |
| 136.  ---Roberson, O. | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  ---Roberson, O. "A" | | None | J | W | | | | | |
| 138.  ---Overton, E. | | None | J | W | | | | | |
| 139.  ---Leverett #1 XTO | | None | J | W | | | | | |
| 140.  ---Leverett #2 XTO | | None | J | W | | | | | |
| 141.  ---Holt, J W Est Gas UT (5) | | None | J | W | | | | | |
| 142.  Royalty, Stonewall Co., TX: 2 parcels | | | | | | | | | |
| 143.  ---Boyd, CE -B- | | None | J | W | | | | | |
| 144.  ---Katz Strawn Unit TR-1-E | | None | J | W | | | | | |
| 145.  Royalty, Upton Co., TX: 14 parcels | | | | | | | | | |
| 146.  ---L4410 Meyer #1 | | None | J | W | | | | | |
| 147.  ---L4410 Meyer #2 | | None | J | W | | | | | |
| 148.  ---L4530 Meyer #1 | | None | J | W | | | | | |
| 149.  ---L4530 Meyer #2 | | None | J | W | | | | | |
| 150.  ---M2500 Neal 22 #1 | | None | J | W | | | | | |
| 151.  ---M2500 Neal 22 #2 | | None | J | W | | | | | |
| 152.  ---M2500 Neal 22 #3 | | None | J | W | | | | | |
| 153.  ---L4530 Meyer #3 | | None | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  ---L4530 Meyer #4 | | None | J | W | | | | | |
| 155.  ---L 400504 JRS Farms | | None | J | W | | | | | |
| 156.  ---Co. Prop. ID# 262279 ($1171) | A | Royalty | J | S | | | | | |
| 157.  ---Co. Prop. ID# 265443 | | None | J | W | | | | | |
| 158.  ---Co. Prop. ID# 265437 | | None | J | W | | | | | |
| 159.  ---M2500 Neal 22 #4 | | None | J | W | | | | | |
| 160.  Royalty, Ward Co., TX: 4 parcels | | | | | | | | | |
| 161.  ---Grube B H #1 | | None | J | W | | | | | |
| 162.  ---Grube B #2 | | None | J | W | | | | | |
| 163.  ---Howe Gas Unit 4 W #1A ($1950) | A | Royalty | J | S | | | | | |
| 164.  ---Howe Gas Unit 4 W #1B | A | Royalty | J | W | | | | | |
| 165.  Royalty, Wood Co., TX: 8 parcels | | | | | | | | | |
| 166.  ---Hawkins FLD #1 ($4340) | A | Royalty | J | S | | | | | |
| 167.  ---Hawkins FLD #2 ($7970) | B | Royalty | J | S | | | | | |
| 168.  ---Hawkins FLD #3 ($4420) | A | Royalty | J | S | | | | | |
| 169.  ---Hawkins FLD #4 ($1780) | A | Royalty | J | S | | | | | |
| 170.  ---Hawkins FLD #5 ($5320) | B | Royalty | J | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ---Blalock-Goldsmith | | None | J | W | | | | | |
| 172. ---Hawkins Blalock, JR | | None | J | W | | | | | |
| 173. ---Blalock JJ & JR | | None | J | W | | | | | |
| 174. Royalty, Zapata Co., TX: 10 parcels | | | | | | | | | |
| 175. ---Herbst, M.V. ($3060) | A | Royalty | J | S | | | | | |
| 176. ---Herbst, M.V. "A" ($2390) | A | Royalty | J | S | | | | | |
| 177. ---Vidaurri-Martinez GU #1A | | None | J | W | | | | | |
| 178. ---Vidaurri-Martinez GU #1B | | None | J | W | | | | | |
| 179. ---Vidaurri, R. #1 ($6110) | B | Royalty | J | S | | | | | |
| 180. ---Vidaurri, R. #2 ($2140) | A | Royalty | J | S | | | | | |
| 181. ---Vidaurri - State Gas Unit #1 ($2330) | A | Royalty | J | W | | | | | |
| 182. ---Vidaurri - State Gas Unit #2 | | None | J | W | | | | | |
| 183. ---Vidaurri, R. #3 | | None | J | W | | | | | |
| 184. ---Vidaurri, R #4 | | None | J | W | | | | | |
| 185. Clear Fork Royalty 3, LP | C | Distribution | K | U | | | | | |
| 186. Clear Fork Royalty 3, LP | B | Distribution | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 12/07/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 13 and 14, on the 2015 report contained "Testamentary trust                (L. 13) and "Lewis Means, Inc., common stock" (L. 14). Lewis Means, Inc., was dissolved in 2015 with no asset distribution. The testamentary trust now has no assets and will not be listed in future reports.

Lines 19 - 184: Some lines show a "W" in the value method column. This is because, while there are appraisal-authority assessments of less than $1000 for most of these interests, filer's spouse would take no less than $1000 each for them.

Amended Report:

Line 91: Column B(2) and Columns C(1) & (2) were inadvertently left blank on the original report. The columns should have read "None," "J," and "W," respectively. The report has been amended to reflect this change.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ TERRY R. MEANS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544